Stanley Sobas, appellee, v. Shenandoah Auto Livery Company, appellant. Gen. No. 27,157.

Action for personal injuries received in a collision between plain-

tiff's motorcycle and defendant's automobile. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Reversed with finding of fact. Opinion filed January 10, 1923.

Carnahan & Slusser, for appellant. Wilson & May, for appellee; B. F. Richolson and Samuel B. Blanksten, of counsel.

Mr. Justice Taylor delivered the opinion of the court.